UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                             2:07-cr-12-FtM-29DNF

RIGAUD OXE

_____

**OPINION AND ORDER**

     This matter comes before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #49), issued on November 9, 2007, recommending that defendant be committed to the custody of the Attorney General for hospitalization and treatment based on a finding that defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him and to assist properly in his own defense.  At the November 7, 2007 competency hearing, the parties waived their objections to the Report and Recommendation.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After reviewing the Report and Recommendation and the Forensic Evaluation, and with due consideration to the waiver of objections, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge.

Accordingly, it is now

**ORDERED**:

The Magistrate Judge's Report and Recommendation (Doc. #49) is **adopted** and the findings specifically incorporated herein as follows:

1. Defendant Rigaud Oxe is hereby committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility for such a reasonable period of time, **not to exceed four (4) months,** as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward;

2. The applicable time period, **not to exceed four (4) months**, shall not commence until Defendant Rigaud Oxe is designated and arrives at the treatment facility;

3. The United States Marshal shall facilitate the transport of Defendant Rigaud Oxe for immediate designation by the Bureau of Prisons for the purpose of commitment; and

4. That the custodian of the Defendant Rigaud Oxe shall file a status report with the Court, with copies to counsel of record,

every **thirty (30) days** following Defendant Rigaud Oxe's arrival at the treatment facility.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of November, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record
U.S. Marshal (3 copies)
U.S. Probation
DCCD