FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 MAY -1  PM 3: 59

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

vs.                                                        2:07-cr-12-FtM-29DNF

RIGAUD OXE

_____

### ORDER

This matter comes before the Court on a Report and Recommendation (Doc. #60) filed on April 15, 2008. No objections have been filed, and the time to do so has expired. After review of the Report and Recommendation as well as the entire court file, the Court adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #60) is **ADOPTED**.

2. Based upon the finding in the Forensic Evaluation dated March 12, 2008, defendant Rigaud Oxe is committed to the custody of the Attorney General who shall have the defendant examined for a reasonable period of time, not to exceed forty-five days at a suitable facility pursuant to 18 U.S.C. § 4247(b).

3. The applicable time period shall begin to run on the date defendant arrives at the facility.

4. The United States Marshal shall transport defendant immediately to the institution designated for the purpose of

defendant's evaluation by the most expeditious and direct means available.

5.  The psychiatric or psychological report shall include the following:

a.  Defendant's history and present symptoms;

b.  A description of the psychiatric, psychological, and medical tests that were employed and their results;

c.  The examiner's findings; and

d.  The examiner's opinions as to diagnosis, prognosis and whether defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another, and whether defendant is a sexually dangerous person.

DONE AND ORDERED at Fort Myers, Florida, this ___1st___ day of May, 2008.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
U.S. Marshal